## COUNTY OF MADISON *v.* WARREN.

Where, in a case tried by the court below, the record does not affirmatively show a written stipulation waiving a jury, the questions decided at the trial cannot be re-examined here on a writ of error.

ERROR to the Circuit Court of the United States for the Southern District of Illinois.

The case is stated in the opinion of the court.

*Mr. Charles P. Wise* for the plaintiff in error.

*Mr. T. C. Mather* for the defendant in error.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

This is a case tried and determined by the court without the intervention of a jury. The record does not show any stipulation in writing waiving a jury. The errors assigned all relate to rulings of the court on the trial, excepted to at the time, and presented by a bill of exceptions. The rule is well settled, that if a written stipulation waiving a jury is not in some way

shown affirmatively in the record, none of the questions decided at the trial can be re-examined here on writ of error. *Kearney* v. *Case,* 12 Wall. 275 ; *Gilman* v. *Illinois & Mississippi Telegraph Co.,* 91 U. S. 603 ; *Boogher* v. *New York Life Insurance Co.,* 103 id. 90 ; *Hodges* v. *Easton, ante,* p. 408.

For this reason, and without passing on any of the questions presented by the assignment of errors, the judgment is

*Affirmed.*

NOTE. — *County of Alexander* v. *Kimball,* error to the same court as the preceding case, was submitted by *Mr. William B. Gilbert* for the plaintiff in error, and by *Mr. T. C. Mather* for the defendant in error. It involved the precise question decided in that case, and a judgment to the same effect was rendered.